```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 04054
   SHAVON M ARNOLD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5591

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 02/22/2008 and was not confirmed.

    The case was dismissed without confirmation 03/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
RESURGENCE FINANCIAL LLC  UNSECURED        5111.87          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        1116.88          .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED         .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                     --------------       --------------
TOTALS                       .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 06/25/08               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```